# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OMAR JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL CASE NO. 08-65-WDS-PMF |
| RASHIDA POLLION, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court are plaintiff's motions for default judgment (Doc. Nos. 11, 16). While default was initially entered as to Rashida Pollion and Adrian Feinerman, the entry was vacated on February 13, 2009 (Doc. No. 22). The defendants have filed an answer (Doc. No. 23). Because the defendants have been allowed to plead in response to the allegations, default judgment is unwarranted at this time.

IT IS RECOMMENDED that plaintiff's motions for default judgment (Doc. Nos. 11, 16) be DENIED.

**SUBMITTED:**  March 4, 2009 .

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**