UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

OMAR JOHNSON,

    Plaintiff,

v.

RASHIDA POLLION, *et al.*,

    Defendants..

Case No. 08-cv-65-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice as it relates to Defendants Donald Hulick, Joanne Moore, Angie Hurst, and unknown party, also known as John and Jane Doe,

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered against Omar Johnson, also known as Omar Johnson Ashanti, and in favor of Defendants Rashida Pollion and Dr. Adrian Feinerman on all claims against them in this case,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                              NANCY ROSENSTENGEL

                                              By:s/Deborah Agans, Deputy Clerk

**DATED: March 24, 2010**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**